

# State of New Jersey
## DEPARTMENT OF BANKING AND INSURANCE
### LEGISLATION AND REGULATION
PO BOX 325
TRENTON, NJ 08625-0325

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

THOMAS B. CONSIDINE
*Commissioner*

MARY C. BEAUMONT
*Director*

TEL (609) 984-3602
FAX (609) 292-0896

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

February 9, 2011

Attention: Corporate Secretary
American General Life Insurance Company
PO Box 1591
Houston, TX   77251

Re:     Nancy Mrakovich v. American General Life Insurance Company
        United States District Court, District of New Jersey
        Civil Action Number: 3:33-av-00001          CV. 11- 378  FLW

Dear Sir/Madam:

        You are hereby notified that on this date the Commissioner of the New Jersey Department of Banking and Insurance has accepted service of process on your behalf in the above-captioned matter. A copy of the Notice of Motion for Entry of Default after Six Months, and Certification in Support of Order for Default after Six Months are enclosed herein.

        By copy of this letter I am advising the Attorney for the Plaintiff(s) in this matter and certifying with the Clerk of the Court that these documents have been transmitted to you, and confirming that the Commissioner of Banking and Insurance is not authorized to receive service of any further documents in this action.

Very truly yours,

Debra Mullen
Administrative Assistant

Enclosures
60488-01/inosp
C:      Noreen M. Revuelta
        Wolfe & Yukelson PLLC
        14 Vanderventer Avenue, Suite 101
        Port Washington, NY 11050

        Clerk of the District Court of New Jersey